UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL-ZAHIR DAVID FLEMING,

      Plaintiff,

v.

OFFICER TRISTIN ALLEN, BADGE J/116; OFFICER TIMOTHY HERRERA, BADGE G/2673; SERGEANT FOSTER, BADGE 1267; SHERIFF KEVIN RAMBOSK, IN HIS OFFICIAL CAPACITY; AND COLLIER COUNTY SHERIFF'S OFFICE,

      Defendants,

Case No. 2:25-cv-588-JLB-KCD

/

## ORDER

Plaintiff Michael-Zahir David Fleming moves the Court to reconsider its decision denying his request to proceed in forma pauperis. (Doc. 5.) According to Plaintiff, he has additional evidence that shows he cannot pay the filing fee. (*Id.*)

The motion is **DENIED** for two reasons. First, "a party may not employ a motion for reconsideration as a vehicle to present new arguments or evidence that should have been raised earlier, introduce novel legal theories, or repackage familiar arguments to test whether the Court will change its mind." *Hays v. Page Perry, LLC*, 92 F. Supp. 3d 1315, 1319 (N.D. Ga. 2015).

Second, Plaintiff's request is unnecessary. The IFP motion was denied *without prejudice,* meaning Plaintiff is free to file a new motion and include the additional facts he now offers.

**ORDERED** in Fort Myers, Florida on July 29, 2025.

Kyle C. Dudek
United States Magistrate Judge