UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL-ZAHIR DAVID FLEMING,

    Plaintiff,

v.

OFFICER TRISTIN ALLEN, BADGE J/116; OFFICER TIMOTHY HERRERA, BADGE G/2673; SERGEANT FOSTER, BADGE 1267; SHERIFF KEVIN RAMBOSK, IN HIS OFFICIAL CAPACITY; AND COLLIER COUNTY SHERIFF'S OFFICE,

    Defendants.

Case No. 2:25-cv-588-JLB-KCD

## ORDER

Plaintiff Michael-Zahir David Fleming is litigating this case pro se and has submitted a deficient summons that lists all Defendants. (Doc. 1-3.) For the Clerk to issue the summonses, Plaintiff must complete summons forms for *each* Defendant and submit them to the Clerk. Blank summons can be found on the Court's website under "Forms."

Accordingly, it is **ORDERED**:

Plaintiff must file proofs of service for each Defendant by **October 24, 2025**. **Failure to do so will result in the dismissal of this case for failure to prosecute**.

2

**ORDERED** in Fort Myers, Florida on September 9, 2025.

Kyle C. Dudek
United States Magistrate Judge

2